OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST-CLASS

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26

NOV 26 2014

PITNEY BOWES

11/26/2014

**Christensen, Cody Devon    Tr. Ct. No. 2-12-246-A    WR-81,372-01**

This is to advise that the Court has denied without written order on the findings of
the trial court after hearing the application for writ of habeas corpus.

Abel Acosta, Clerk

CODY DEVON CHRISTENSEN
UNIT - TDC #1862310
1385 FM 3328
PO BOX
TENNESSEE COLONY, TX 75861

CLERK'S UNIT CN/005
11084 HWY 65
BRAZORIA TX 77422

EBN3